IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV647

| | |
|---|---|
| GREGORY GADDY, )<br>)<br>Plaintiff, )<br>) ORDER<br>vs. )<br>)<br>THE HOME DEPOT, et al., )<br>)<br>Defendants. )<br>_____) | |

This matter is before the court upon a Complaint filed by Plaintiff *pro se.* Defendant Home Depot has filed a motion to dismiss for improper venue, or in the alternative, to transfer venue. It appears that Defendant may be entitled to a dismissal in this action, or a transfer of venue, as a matter of law. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, GREGORY GADDY, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendant's brief supporting the Motion to Dismiss or Transfer Venue. Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief or request an extension of the deadline. You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss or Transfer Venue. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the Defendants and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendant's Motion to Dismiss or Transfer Venue. The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendants. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: March 5, 2012

Graham C. Mullen
United States District Judge